# Third District Court of Appeal

## State of Florida

Opinion filed September 29, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1191
Lower Tribunal Nos. F18-12351, 20-2292

_____

**Fernando A. Irizarry,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Fernando A. Irizarry, in proper person.

Ashley Moody, Attorney General, for appellee.


Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Fernando Irizarry appeals the dismissal of his petition for writ of habeas corpus by the Eleventh Judicial Circuit Court in Miami-Dade County. Because Irizarry is incarcerated in Desoto County and the petition raises issues concerning his incarceration, we affirm the trial court's order dismissing the petition without prejudice to Irizarry refiling it in the proper venue and in the proper form. See Stokes v. State, 3 So. 3d 425, 425 (Fla. 3d DCA 2009) ("The circuit court of the county in which a defendant is incarcerated has jurisdiction to consider a petition for writ of habeas corpus when the claims raised in the petition concern issues regarding his incarceration." (quoting Brinson v. State, 988 So. 2d 665, 665–66 (Fla. 3d DCA 2008))); Cooper v. State, 970 So. 2d 368, 368 (Fla. 3d DCA 2007); Johnson v. State, 947 So. 2d 1192, 1193 (Fla. 3d DCA 2007).

Affirmed.